# EXHIBIT B

<u>**EXHIBIT B**</u>

**UNITED STATES PATENT NO. 8,424,752**
**CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE INDEPENDENT CLAIM 1 AND DEPENDENT**
**CLAIMS 2, 3, AND 5**

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US 8,424,752 | Norwegian Cruise Lines |
|---|---|
| 1. A method comprising: | The defendant offers lifestyle and home products such as bed linens, pillows, bath products, dining and spa products. Norwegian Cruise Lines Home includes a QR Code on their marketing flyers to attract customers. The QR Code includes the Norwegian Cruise Lines Home's webpage hyperlink. These QR Codes available on marketing flyers can be scanned on a smartphone or tablet to access the various range of product offerings available at the Norwegian Cruise Lines Home online stores. |

1



Source: https://www.nclhome.com/



Source: Captured from an actual marketing flyer from Norwegian Cruise Lines Home

To read the QR Code information, the user has to use a smartphone or a tablet having an in-built functionality to read a QR code or should have an app installed capable of reading QR Codes. Both Android and iPhones offer in-built QR code reading ability using the camera app. Alternatively, for the older smartphones, the QR Code can be read using several applications that are offered.

"**Android 9 has an in-built QR code scanner courtesy of Google Lens. Consumers have to open their camera app and point it at the QR code and see a URL pop-up**.

Activating Google Lens

To activate Google Lens suggestions, open the camera app and click on more. Open Settings and activate Google Lens suggestions."

Source: https://blog.beaconstac.com/how-to-scan-qr-codes-with-androidphones/ (emphasis added)

## How to scan QR code on iPhone: quick summary

1. Open up the camera app on your iPhone or iPad
2. Hold the camera so the QR code is clearly visible
3. Your device will recognize the code, and show you a notification
4. Tap the notification to be taken to the destination of your QR code

Source:     https://www.techradar.com/in/how-to/phone-and-communications/mobile-phones/how-to-scan-qr-codes-from-your-iphone-or-ipad-1308841

Exemplary QR-Code Reader Application for Android and iPhone Smartphones:



Source: https://play.google.com/store/apps/details?id=me.scan.android.client
Source: https://apps.apple.com/us/app/qr-reader-for-iphone/id368494609

Refer below for images (as taken from Samsung Galaxy Note 9 (Android OS) smartphone) for step-by-step method to access QR Code's embedded information:

1. QR Code to be scanned (available on Norwegian Cruise Lines Home's marketing flyers);



Source: Captured from an actual marketing flyer from Norwegian Cruise Lines Home

2. Initiating the scanning of the QR Code using Galaxy Note 9's built in camera app;



Source: Screenshots from Galaxy Note 9 smartphone.

3. The scan detects that it is a QR Code and pops up an information related to it;



Source: Screenshots from Galaxy Note 9 smartphone.

4. Tapping on the pop-up redirects to a "Norwegian Cruise Lines Home" website. The Norwegian Cruise Lines Home remote server then responds to user's request and displays the decoded information related to the QR Code i.e. products available currently on their website. Please note that here, Norwegian Cruise Lines Home uses a link shortener to shorten the webpage URL and store the link shortener information in the QR Code;



Source: Screenshots from Galaxy Note 9 smartphone.

Alternatively, refer below for screenshots as captured on QR Code Reader App installed on Samsung Galaxy Note 9.



Source: Screenshots from QR Code Reader App installed on Galaxy Note 9 smartphone.

| | |
|---|---|
| capturing a digital image using a digital image capturing device that is part of a portable electronic device; | The accused instrumentality uses a portable electronic device (e.g., smartphone such as Samsung Galaxy Note 9) for capturing a digital image using a digital image capturing device that is part of the portable electronic device (e.g., scanning Norwegian Cruise Lines Home's marketing flyers' QR Code using Note 9's built in camera). |



Source: Captured from an actual marketing flyer from Norwegian Cruise Lines Home



Source: Screenshots from Galaxy Note 9 smartphone.

Alternatively, refer below for screenshots as captured on QR Code Reader App installed on Samsung Galaxy Note 9.



Source: Screenshots from QR Code Reader App installed on Galaxy Note 9 smartphone.

Generally, Android and iPhone smartphones now have a built in QR code reading functionality which uses "Camera" app of a smartphone to decode and access the hidden information.

> **"Android 9 has an in-built QR code scanner courtesy of Google Lens. Consumers have to open their camera app and point it at the QR code and see a URL pop-up**.

> Activating Google Lens

> To activate Google Lens suggestions, open the camera app and click on more. Open Settings and activate Google Lens suggestions."

Source: https://blog.beaconstac.com/how-to-scan-qr-codes-with-androidphones/ (emphasis added)

| | |
|---|---|
| | **How to scan QR code on iPhone: quick summary**<br><br>1. Open up the camera app on your iPhone or iPad<br>2. Hold the camera so the QR code is clearly visible<br>3. Your device will recognize the code, and show you a notification<br>4. Tap the notification to be taken to the destination of your QR code<br><br>Source:   https://www.techradar.com/in/how-to/phone-and-communications/mobile-phones/how-to-scan-qr-codes-from-your-iphone-or-ipad-1308841 |
| detecting symbology associated with an object within the digital image using a portable electronic device; | The accused instrumentality detects symbology (e.g., scanning Norwegian Cruise Lines Home's marketing flyers' QR Code results in a pop-up appearing with Norwegian Cruise Lines Home's website hyperlink) associated with an object (e.g., current product range on Norwegian Cruise Lines Home's website) within the digital image using a portable electronic device (e.g., smartphone such as Samsung Galaxy Note 9).<br><br><br><br>Source: Screenshots from Galaxy Note 9 smartphone. |

13

Alternatively, refer below for screenshots as captured on QR Code Reader App installed on Samsung Galaxy Note 9.



Source: Screenshots from QR Code Reader App installed on Galaxy Note 9 smartphone.

Generally, Android and iPhone Smartphones offer built-in QR Code reading functionality through the camera app which when detects a QR Code triggers an overlay with detected information.

14

 

"**Focus the camera to QR-code. The Screen search shows the content of QR-code**: clickable link and sharing option."

Source: https://medium.com/simple-way-to-scan-qr-codes-by-android-without-downloading-app (emphasis added)

| | |
|---|---|
| decoding the symbology to obtain a decode string using one or more visual detection applications residing on the portable electronic device; | The accused instrumentality decodes the symbology (i.e., Norwegian Cruise Lines Home's marketing flyers' QR Code pattern) within the "Camera" app of the smartphone to obtain a decode string (e.g., scanned QR code includes information such as Norwegian Cruise Lines Home website's hyperlink related to current product offerings) using the visual detection application (e.g., "Camera" residing in the portable electronic device (e.g., smartphone such as Samsung Galaxy Note 9). Alternatively, the decode string can be decoded using any QR reading enabled visual detection smartphone application installed on the portable electronic device (e.g., QR Code Reader app installed on Samsung Galaxy Note 9). Please note that here, Norwegian Cruise Lines Home uses a link shortener to shorten the webpage URL and store the link shortener information in the QR Code which redirects to Norwegian Cruise Lines Home's webpage. |

15



Source: Screenshots from Galaxy Note 9 smartphone.

Alternatively, refer below for screenshots as captured on QR Code Reader App installed on Samsung Galaxy Note 9.



Source: Screenshots from QR Code Reader App installed on Galaxy Note 9 smartphone.

| sending the decode string to a remote server for processing; | The accused instrumentality sends the decoded string (e.g., Norwegian Cruise Lines Home website's hyperlink which can be clicked by the user to send the information associated with the QR code) to a remote server for processing (e.g., Norwegian Cruise Lines Home's server via any browser app on the smartphone). |
|---|---|

17



Source: Screenshots from Galaxy Note 9 smartphone.

Alternatively, refer below for screenshots as captured on QR Code Reader App installed on Samsung Galaxy Note 9.



Source: Screenshots from QR Code Reader App installed on Galaxy Note 9 smartphone.

| | |
|---|---|
| receiving information about the object from the remote server wherein the information is based on the decode string of the object | The accused instrumentality uses a smartphone for receiving information about the object from the remote server (e.g., after clicking on the Norwegian Cruise Lines Home website's hyperlink that is obtained by scanning the QR code, the smartphone receives the information from Norwegian Cruise Lines Home's remote server based on the marketing flyer scanned) wherein the information is based on the decode string of the object (e.g., Norwegian Cruise Lines Home's website hyperlink containing current product range). |



Source: Screenshots from Galaxy Note 9 smartphone.

Alternatively, refer below for screenshots as captured on QR Code Reader App installed on Samsung Galaxy Note 9.



Source: Screenshots from QR Code Reader App installed on Galaxy Note 9 smartphone.

| displaying the information on a display device associated with the portable electronic device. | The accused instrumentality uses a smartphone for displaying the information on a display device associated with the portable electronic device (e.g., smartphone such as Samsung Galaxy Note 9's screen). |
| --- | --- |
| | See below, smartphone sends the decode string to a remote server for processing. The information is received and it is displayed on the display associated with the smartphone: |



Source: Screenshots from Galaxy Note 9 smartphone.

| | |
|---|---|
| 2. The method of claim 1, further comprising enabling a user of the portable electronic device to select one or more presets before the symbology is detected. | The accused instrumentality's symbology (e.g., Norwegian Cruise Lines Home's marketing flyers' QR Code) can be detected when a user of a portable electronic device (e.g., user operating a smartphone such as Samsung Galaxy Note 9) selects one or more presets (e.g., using "Camera" or "QR Code Reader" mobile application to initiate scanning or capturing of the QR code). See Claim 1 above.<br><br>Initiating the scanning of the QR Code using Galaxy Note 9's built in camera app: |



Source: Screenshots from Galaxy Note 9 smartphone.

Alternatively, refer below for screenshots as captured on QR Code Reader App installed on Samsung Galaxy Note 9.



Source: Screenshots from QR Code Reader App installed on Galaxy Note 9 smartphone.

| | |
|---|---|
| 3. The method of claim 2, wherein the presets include at least one of a selection of one or more visual detection applications to handle scanning operations, a selection of one or more visual detection applications to handle image capture operations, a maximum number of applications configured to receive a decode string, an | The accused instrumentality's symbology (e.g., Norwegian Cruise Lines Home's marketing flyers' QR Code) can be detected when a user of a portable electronic device (e.g., user operating a smartphone such as Samsung Galaxy Note 9) selects one or more presets (e.g., using "Camera" or "QR Code Reader" mobile application to initiate scanning or capturing of the QR code). Next, user can read the decode string using another preset which receives a decode string (e.g., "browser" application's display screen). See Claim 1 and 2 above.<br><br>Initiating the scanning of the QR Code using Galaxy Note 9's built in camera app: |

24

amount of information to be displayed, the type of information to be displayed, and e-commerce options.



Source: Screenshots from Galaxy Note 9 smartphone.

Alternatively, refer below for screenshots as captured on QR Code Reader App installed on Samsung Galaxy Note 9.

25



Source: Screenshots from QR Code Reader App installed on Galaxy Note 9 smartphone.

| 5. The method of claim 1, wherein the one or more visual detection systems are configured to automatically detect the symbology. | The accused instrumentality uses a visual detection system which is configured to automatically detect the symbology (e.g., user using a smartphone such as Samsung Galaxy Note 9 when opens a "camera" app or "QR Code Reader" app automatically detects the QR Code's information and issues a pop-up with the decoded information) without the user clicking on the camera button.

Initiating the scanning of the QR Code using Galaxy Note 9's built in camera app: |



Source: Screenshots from Galaxy Note 9 smartphone.

Alternatively, refer below for screenshots as captured on QR Code Reader App installed on Samsung Galaxy Note 9.



Source: Screenshots from QR Code Reader App installed on Galaxy Note 9 smartphone.