**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** | Civil Action No.: 1:20-cv-21653-CMA |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **NCL CORPORATION LTD.,** | |
| Defendant. | |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES**

Plaintiff, Symbology Innovations LLC, and Defendant, NCL Corporation Ltd. (collectively the "Parties"), by and through undersigned counsel and subject to the approval of this Court, hereby file this Joint Notice of Settlement and Motion to Stay All Deadlines, and in support thereof, respectfully show the Court as follows:

All matters in controversy between the Parties have been settled in principle. The Parties are in the process of memorializing the terms of a written settlement agreement. The Parties anticipate that they will be able to perfect such terms within thirty (30) days. Accordingly, the Parties respectfully request that the Court grant a stay of the proceedings between the Parties, including all deadlines, until September 2, 2020.

Good cause exists for granting this Joint Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

Dated: August 3, 2020                    Respectfully submitted,

/s/ Howard L. Wernow
Howard L. Wernow, B.C.S
Fla Bar No. 107560
SAND SEBOLT & WERNOW CO., LPA
4940 Munson Street, N.W.
Canton, Ohio 44718
Telephone: 330-244-1174
Facsimile: 330-244-1173

*Board Certified in Intellectual Property Law by the Florida Bar*

ATTORNEY FOR PLAINTIFF


/s/ Brett M. Berman
Brett M. Berman, Esq.
Fla Bar No. 68221
NORWEGIAN CRUISE LINE
7665 Corporate Center Drive
Miami, FL 33126
Telephone: 305-215-6657
Facsimile: 305-468-2378
bberman@ncl.com

W. West Allen
Howard & Howard
3800 Howard Hughes Parkway – Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 667-4843
Facsimile: (702) 567-1568
wwa@h2law.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on August 3, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

> */s/ Howard L. Wernow*
> Howard L. Wernow