**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** | Civil Action No.: 1:20-cv-21653-CMA |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **NCL CORPORATION LTD.,** | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and this Court's Order of August 3, 2020 (ECF #12), Plaintiff Symbology Innovations, LLC and Defendant NCL Corporation Ltd., by through undersigned counsel, stipulate and agree that the above-captioned action is dismissed, with prejudice, with each side to bear its own costs and attorney's fees.

Dated: August 18, 2020

Respectfully submitted,

*/s/ Howard L. Wernow*
Howard L. Wernow, B.C.S
Fla Bar No. 107560
SAND SEBOLT & WERNOW CO., LPA
4940 Munson Street, N.W.
Canton, Ohio 44718
Telephone: 330-244-1174
Facsimile: 330-244-1173

*Board Certified in Intellectual Property
Law by the Florida Bar*

ATTORNEY FOR PLAINTIFF

1

*/s/ Brett M. Berman*
Brett M. Berman, Esq.
Fla Bar No. 68221
NORWEGIAN CRUISE LINE
7665 Corporate Center Drive
Miami, FL 33126
Telephone: 305-215-6657
Facsimile: 305-468-2378
bberman@ncl.com

W. West Allen
Howard & Howard
3800 Howard Hughes Parkway – Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 667-4843
Facsimile: (702) 567-1568
wwa@h2law.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on August 18, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Howard L. Wernow*
Howard L. Wernow
